Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LASHANNA L. PATTON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| LASHANNA L. PATTON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PROBER & RAPHAEL, A LAW CORPORATION, a California corporation; DEAN RUSSELL PROBER, individually and in his official capacity; and HOMAN MOBASSER, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. CV11-01458-EDL<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　　　　July 5, 2011<br>Time:　　　　3:00 p.m.<br>Judge:　　　Honorable Elizabeth D. Laporte<br>Courtroom:　E, 15th Floor<br>Place:　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, California |
|---|---|

　　　Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for July 5, 2011. On June 8, 2011, the Court Clerk entered the default of all Defendants in this case. (Doc. 11) Plaintiff is currently preparing a Motion for Default Judgment against all Defendants which will be filed shortly. In light of Defendants' default in this matter, Plaintiff requests that the Case Management Conference be continued for ninety (90) days.

　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated:  June 29, 2011 　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　LASHANNA L. PATTON

- 1 -
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV-11-01458-EDL

## [PROPOSED] ORDER

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on _____, at 3:00 p.m. in Courtroom E.

Plaintiff shall file a Case Management Statement no later than _____.

Dated: _____      _____
                                    Honorable Elizabeth D. Laporte
                                    United States Magistrate Judge