Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LASHANNA L. PATTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LASHANNA L. PATTON,<br><br>Plaintiff,<br><br>v.<br><br>PROBER & RAPHAEL, A LAW CORPORATION, a California corporation; DEAN RUSSELL PROBER, individually and in his official capacity; and HOMAN MOBASSER, individually and in his official capacity,<br><br>Defendants. | Case No. 4:11-CV-01458-PJH<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. P. 55(b)(2)] |

I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and am a shareholder in the law firm Consumer Law Center, Inc., attorneys of record for Plaintiff, LASHANNA L. PATTON (hereinafter referred to as "Plaintiff").

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I am a member in good standing of the bars of the following courts:

/ / /

/ / /

Supreme Court of the United States
Washington, DC
2003

Supreme Court of California
Sacramento, California
2003

Supreme Court of Kansas
Topeka, Kansas
1997

U.S. Court of Appeals for the Tenth Circuit
Denver, Colorado
1999

U.S. Court of Appeals for the Ninth Circuit
San Francisco, California
2003

U.S. District Court for the District of Kansas
Topeka, Kansas
1997

U.S. District Court for the Western District of Missouri
Jefferson City, Missouri
2001 (Inactive)

U.S. District Court for the Northern District of California
San Francisco, California
2003

U.S. District Court for the Eastern District of California
Sacramento, California
2003

U.S. District Court for the Central District of California
Los Angeles, California
2003

U.S. District Court for the Southern District of California
San Diego, California
2009

/ / /

**EDUCATION AND EXPERIENCE**

4. I am a 1994 graduate *magna cum laude* of Washburn University in Topeka, Kansas, and a 1997 graduate of Washburn University School of Law. In 1995, I passed the Uniform Certified Public Accountant's examination and was granted a Certified Public Accountant certificate from the Kansas Board of Accountancy. I am a member of the State Bar of California, Santa Clara County Bar Association, National Association of Consumer Advocates, Consumer Attorneys of California, National Association of Consumer Bankruptcy Attorneys, California Bankruptcy Forum, and a former member of the Topeka Area Bankruptcy Council, of which I am a past Treasurer.

5. From September 26, 1997, until December 21, 2003, I maintained a private law practice with an office located in Topeka, Kansas. In December of 2003, I relocated my law practice to California. My practice is limited exclusively to the representation of consumers, with particular emphasis on representing consumer debtors under the United States Bankruptcy Code. In addition to Bankruptcy cases, I handle matters under the Fair Debt Collection Practices Act, Truth in Lending Act, Telephone Consumers Protection Act, Uniform Commercial Code, common law fraud, misrepresentation and deceit, usury, and other laws enacted to protect consumers. My firm, the Consumer Law Center, Inc., undertakes representation in many consumer cases with the expectation of being paid a contingency amount from the proceeds of recovery, or being paid based on an award of fees pursuant to fee shifting statutes such as the federal Fair Debt Collection Practices Act, California Rosenthal Fair Debt Collection Practices Act, California Rees-Levering Automobile Sales Finance Act and California Unruh Act.

6. I have given a number of lectures to consumers and professional groups on consumer law issues, including the Volunteer Legal Service Program of The Bar Association of San Francisco, Community Legal Services in East Palo Alto, Pro Bono Project and Fair Housing Law

Project in San Jose, California.

7. I have been a member of the National Association of Consumer Advocates since 1999 and have attended at least fourteen (14) national conferences exclusively on consumer law issues.

8. I have been interviewed, and quoted, by the New York Times, San Jose Mercury News and California Lawyer magazine. I have assisted numerous consumers in both chapter 7 and chapter 13 bankruptcies, and been involved in many consumer cases involving a range of consumer protection laws. I have handled several cases that have resulted in reported decisions favorable to consumers including:

**APPELLATE COURTS**

- *Fontaine v. Superior Court*, 175 Cal. App. 4th 830 (Cal. App. 6th Dist. 2009) (Peremptory writ of mandate was issued. Venue proper in Santa Clara County pursuant to California Code of Civil Procedure § 395(b)).
- *Resurgence Financial, LLC v. Chambers*, 173 Cal. App. 4th Supp. 1 (Cal. Super. Ct. 2009) (Superior Court erred in failing to apply Delaware's three year statute of limitations required by contract choice-of-law clause).
- *Giovannoni v. Bidna & Keys*, 255 Fed. Appx. 124, 2007 U.S. App. LEXIS 26242 (9th Cir. October 17, 2007) (District Court erred in failing to award non-taxable costs under FDCPA, 15 U.S.C. § 1692k(a)(3)).
- *Ramirez v. Household Fin. Corp. III (In re Ramirez)*, 329 B.R. 727 (D. Kan. 2005) (affirming Bankruptcy Court's rescission of mortgage loan under the Truth in Lending Act).
- *Ed Bozarth Chevrolet, Inc. v. Black*, 96 P.3d 272 (Kan. Ct. App. 2003) (spot delivery agreements do not violate Kansas law).
- *Green v. Kan. City Power & Light Co. (In re Green)*, 281 B.R. 699 (D. Kan. 2002) (remanding Bankruptcy Court decision granting summary judgment for determination of "aggrieved consumer" status under the Kansas Consumer Protection Act).

**U.S. DISTRICT COURTS**

- *Scott v. Fed. Bond & Collection Serv.*, 2011 U.S. Dist. LEXIS 93043 (N.D. Cal. Aug. 19, 2011) (awarding attorney fees in FDCPA case).
- *Scott v. Fed. Bond & Collection Serv.*, 2011 U.S. Dist. LEXIS 5278 (N.D. Cal. Jan. 19, 2011) (denying motion to dismiss and granting in part motion to strike affirmative defenses).
- *Cruz v. Int'l Collection Corp.*, 2010 U.S. Dist. LEXIS 69688 (N.D. Cal. June 8, 2010) (awarding attorney fees in FDCPA case).
- *Bretana v. Int'l Collection Corp.*, 2010 U.S. Dist. LEXIS 68872 (N.D. Cal. June 8, 2010) (awarding attorney fees in FDCPA case).
- *Cruz v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 122538 (N.D. Cal. Dec. 18, 2009)

(granting motion to alter or amend judgment to include award of statutory damages).

- *Cruz v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 122584 (N.D. Cal. Dec. 18, 2009) (granting motion to alter or amend judgment to include award of statutory damages).
- *Cruz v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 91373 (N.D. Cal. Sept. 29, 2009) (granting summary judgment).
- *Cruz v. Int'l Collection Corp.*, 2009 U.S. Dist. LEXIS 91503 (N.D. Cal. Sept. 29, 2009) (granting summary judgment).
- *Carrizosa v. Stassinos*, 2009 U.S. Dist. LEXIS 29841 (N.D. Cal. Mar. 30, 2009) (granting class certification).
- *Owens v. Brachfeld*, 2008 U.S. Dist. LEXIS 102381 (N.D. Cal. Dec. 5, 2008) (awarding attorney fees in FDCPA case).
- *Bankston v. Phycom Corp.*, 2008 U.S. Dist. LEXIS 83073 (N.D. Cal. Sept. 25, 2008) (granting default judgment in FDCPA case).
- *Cruz v. Int'l Collection Corp.*, 2008 U.S. Dist. LEXIS 79334 (N.D. Cal. Sept. 22, 2008) (compelling discovery in FDCPA case).
- *Meyer v. ARS Nat'l Servs.*, 2008 U.S. Dist. LEXIS 79331 (N.D. Cal. Aug. 26, 2008) (awarding attorney fees in FDCPA case).
- *Graff v. Hunt & Henriques*, 2008 U.S. Dist. LEXIS 65355 (N.D. Cal. Aug. 25, 2008) (denying summary judgment in FDCPA case).
- *Graff v. Hunt & Henriques*, 2008 U.S. Dist. LEXIS 65933 (N.D. Cal. Aug. 23, 2008) (granting protective order in FDCPA case).
- *Owens v. Brachfeld*, 2008 U.S. Dist. LEXIS 63701 (N.D. Cal. Aug. 19, 2008) (granting summary judgment in FDCPA case).
- *Napier v. Titan Mgmt. Servs., LLC*, 2008 U.S. Dist. LEXIS 60575 (N.D. Cal. July 25, 2008) (granting default judgment and awarding attorney fees in FDCPA case).
- *Graff v. Hunt & Henriques*, 2008 U.S. Dist. LEXIS 105836 (N.D. Cal. July 23, 2008) (granting motion to quash subpoena in FDCPA case).
- *Cruz v. Int'l Collection Corp.*, 2008 U.S. Dist. LEXIS 79203 (N.D. Cal. June 2, 2008) (denying defendants' motion to dismiss and granting motion to strike offer of judgment in FDCPA case).
- *Cruz v. Int'l Collection Corp.*, 2008 U.S. Dist. LEXIS 55298 (N.D. Cal. June 2, 2008) (denying motion to dismiss in FDCPA case).
- *Reyes v. Kenosian & Miele, LLP*, 2008 U.S. Dist. LEXIS 4120 (N.D. Cal. Jan. 17, 2008) (cross-motions for summary judgment in FDCPA case)
- *Tong v. Capital Mgmt. Servs. Group, Inc.*, 2008 U.S. Dist. LEXIS 91120 (N.D. Cal. Jan. 18, 2008) (awarding attorney fees in FDCPA case).
- *Bankston v. Phycom Corp.*, 2007 U.S. Dist. LEXIS 89284 (N.D. Cal. Nov. 19, 2007) (denying motion to dismiss in FDCPA case).
- *Navarro v. Eskanos & Adler*, 2007 U.S. Dist. LEXIS 24864 (N.D. Cal. Mar. 22, 2007) (determine confidential status of documents in FDCPA case).
- *Mejia v. Marauder Corp.*, 2007 U.S. Dist. LEXIS 21313 (N.D. Cal. Mar. 15, 2007) (granting partial summary judgment in FDCPA case).
- *Navarro v. Eskanos & Adler*, 2007 U.S. Dist. LEXIS 15046 (N.D. Cal. Feb. 20, 2007) (summary judgment in FDCPA case).
- *Reyes v. Kenosian & Miele*, LLP, 525 F. Supp. 2d 1158 (N.D. Cal. 2007) (granting judgment on the pleadings in FDCPA case).
- *Tong v. Capital Mgmt. Servs. Group*, 520 F. Supp. 2d 1145 (N.D. Cal. 2007) (denying motion

for judgment on the pleadings in FDCPA case).

- *Navarro v. Eskanos & Adler*, 2006 U.S. Dist. LEXIS 90880 (N.D. Cal. Dec. 7, 2006) (granting leave to file amended complaint in FDCPA case).
- *Mejia v. Marauder Corp.*, 2006 U.S. Dist. LEXIS 81126 (N.D. Cal. Oct. 24, 2006) (granting motion to compel in FDCPA case).
- *Holsinger v. Wolpoff & Abramson, LLP*, 2006 U.S. Dist. LEXIS 55406 (N.D. Cal. July 27, 2006) (cross-motions for summary judgment in FDCPA case).
- *Holsinger v. Wolpoff & Abramson, L.L.P.*, 2006 U.S. Dist. LEXIS 33653 (N.D. Cal. May 17, 2006) (determine confidential status of documents in FDCPA case).
- *Chan v. N. Am. Collectors, Inc.*, 2006 U.S. Dist. LEXIS 13353 (N.D. Cal. Mar. 24, 2006) (denying motion to dismiss in FDCPA case).
- *Giovannoni v. Bidna & Keys*, 2006 U.S. Dist. LEXIS 35472 (N.D. Cal. Feb. 3, 2006) (awarding attorney fees in FDCPA case).
- *Caputo v. Prof'l Recovery Servs.*, 2004 U.S. Dist. LEXIS 14931 (D. Kan. July 27, 2004) (awarding attorney fees in FDCPA case).
- *Caputo v. Prof'l Recovery Servs.*, 261 F. Supp. 2d 1249 (D. Kan. 2003) (cross-motions for summary judgment in FDCPA case).

**U.S. BANKRUPTCY COURTS**

- *Cushing v. Household Fin. Corp. III (In re Cushing)*, 2005 Bankr. LEXIS 99 (Bankr. D. Kan. Jan. 21, 2005) (Truth in Lending Act rescission denied).
- *Merriman v. Beneficial Mortg. (In re Merriman)*, 329 B.R. 710 (D. Kan. 2005) (finding violations of the Truth in Lending Act and granting rescission of home mortgage loan).
- *Quenzer v. Advanta Mortg. Corp. USA (In re Quenzer)*, 2005 Bankr. LEXIS 2627 (Bankr. D. Kan. Dec. 22, 2005) (denying lender's request for post-rescission interest under Truth in Lending Act).
- *Sinclair v. Wash. Mut. Home Loans, Inc. (In re Sinclair)*, 2004 Bankr. LEXIS 1415 (Bankr. D. Kan. Aug. 16, 2004) (denying lender leave to assert affirmative defense in Truth in Lending Act case).
- *Finch v. Household Fin. Corp. III (In re Finch)*, 2003 Bankr. LEXIS 2049 (Bankr. D. Kan. Nov. 7, 2003) (finding violations of the Truth in Lending Act and granting rescission of home mortgage loan).
- *Bilal v. Household Finance Corporation III (In re Bilal)*, 296 B.R. 828 (D. Kan. 2003) (holding that the inclusion of language in a Chapter 13 Plan which rescinds a home mortgage loan under the Truth in Lending Act is binding on a mortgage creditor who fails to object before confirmation).
- *Nave v. Commun. Am. Credit Union (In re Nave)*, 303 B.R. 223 (Bankr. D. Kan. 2003) (credit life insurance premiums paid monthly are not included in "amount financed" under the Truth in Lending Act).
- *Quenzer v. Advanta Mortg. Corp. United States*, 288 B.R. 884 (D. Kan. 2003) (equitable principles apply in Truth in Lending Act rescission).
- *Ramirez v. Household Finance Corporation III (In re Ramirez)*, 2003 Bankr. LEXIS 1364 (D. Kan. 2003) (finding violations of the Truth in Lending Act and granting rescission of home mortgage loan).
- *In re Green*, 287 B.R. 827 (D. Kan. 2002) (holding that the inclusion of language in a Chapter

13 Plan which attempts to discharge student loans should be reviewed on a case-by-case basis).

- *In re Crosby*, 261 B.R. 470 (D. Kan. 2001) (holding that the issuance of a Form 1099-C by a creditor forgives the debt).
- *Quenzer v. Advanta Mortg. Corp. (In re Quenzer)*, 274 B.R. 899 (Bankr. D. Kan. 2001) (finding violations of the Truth in Lending Act and granting rescission of home mortgage loan).
- *Quenzer v. Advanta Mortg. Corp. (In re Quenzer)*, 266 B.R. 760 (Bankr. D. Kan. 2001) (voiding lien after Truth in Lending Act rescission).

9. My firm's work in connection with this case is shown on the schedule attached hereto, marked Exhibit "A." My staff and I prepared our time records contemporaneously with our performance of the work, using the Amicus Attorney and Timeslips software packages for law offices. The time records do not duplicate work performed in any other file.

**TIME AND HOURLY RATE**

10. For my services as an attorney in this case, Consumer Law Center, Inc., seeks an hourly rate of $350.00. This hourly rate is reasonable, and it is comparable to the rates being charged by attorneys of similar experience and expertise in the San Francisco Bay Area's federal and state courts. Courts in Northern California have awarded my hourly rate of $350.00 in a number of cases, including:

| Case Name | Court | Case No. / Date | Judge |
|---|---|---|---|
| *Scott v. Federal Bond and Collection Service, Inc.* | Northern District of California | CV10-02825-LHK (August 19, 2011) | Koh |
| *Midland Funding, LLC v. Allen* | Santa Clara County | 1-08-CV-116653 (August 4, 2011) | Overton |
| *Midland Funding, LLC v. Spencer* | Santa Clara County | 1-08-CV-122478 (June 10, 2011) | Lucas |
| *Nemec v. Financial Recovery Services, Inc.* | Northern District of California | C09-06101-JW-PVT (August 24, 2010) | Trumbull |

11. On July 1, 2010, I raised my hourly rate from $325.00 per hour to $350.00 per hour. This represented the first increase in my hourly rate since July 1, 2008. Several courts in Northern California have awarded my previous hourly rate of $325.00 in a number of cases, including:

| Case Name | Court | Case No. / Date | Judge |
|---|---|---|---|
| *LVNV Funding, LLC v. Garcia* | San Benito County | CL-08-00189 (November 12, 2008) | Tobias |
| *LVNV Funding, LLC v. Cassinelli* | Santa Clara County | 1-08-CV-113006 (November 20, 2008) | Emerson |
| *AFS v. Gonzales* | Santa Clara County | 1-08-CV-104393 (November 25, 2008) | Murphy |
| *Midland Funding, LLC v. Allen* | Santa Clara County | 1-08-CV-116653 (December 4, 2008) | Levinger |
| *Owens v. Erica L. Brachfeld, APC* | Northern District of California | C07-04400-JF-PVT (December 5, 2008) | Fogel |
| *LVNV Funding, LLC v. Reed* | Santa Clara County | 5-08-CV-002853 (January 6, 2009) | Daley |
| *Midland Funding, LLC v. Sebastian* | Santa Clara County | 1-08-CV-120648 (February 5, 2009) | Kleinberg |
| *Midland Funding, LLC v. Manchon* | San Francisco County | CGC-08-475268 (March 3, 2009) | Mahoney |
| *Chibos v. Maginnis* | Santa Clara County | 1-08-CV-113648 (March 19, 2009) | Kleinberg |
| *CACH, LLC v. Gasperik* | Santa Clara County | 5-08-CV-002781 (April 27, 2009) | Ramon |
| *Midland Funding, LLC v. McClure* | Santa Clara County | 1-09-CV-135054 (July 7, 2009) | Kleinberg |
| *RJM Acquisitions, LLC v. Alaimo* | Santa Clara County | 1-09-CV-135821 (July 7, 2009) | Kleinberg |
| *EMCC Receivables v. Vasquez, et al.* | Santa Clara County | 1-09-CV-139212 (July 23, 2009) | Murphy |
| *Midland Funding. LLC v. Moreno* | Santa Clara County | 1-08-CV-131779 (August 18, 2009) | Levinger |
| *LVNV Funding, LLC v. Neves* | Santa Clara County | 1-08-CV-131654 (September 4, 2009) | Elfving |
| *LVNV Funding, LLC v. Taylor* (1.0 multiplier) | Santa Clara County | 1-08-CV-119003 (September 8, 2009) | Murphy |
| *RJM Acquisitions, LLC v. Alaimo* | Santa Clara County | 1-09-CV-135821 (September 22, 2009) | Kleinberg |
| *Pinnacle Credit Services v. Loza* | Santa Clara County | 1-08-CV-128705 (September 24, 2009) | Levinger |
| *RJM Acquisitions, LLC v. Alaimo* | Santa Clara | 1-09-CV-135821 | Kleinberg |

| | | | |
|---|---|---|---|
| | County | (October 7, 2009) | |
| *RJM Acquisitions, LLC v. Garcia* | Santa Clara County | 1-09-CV-136991 (October 15, 2009) | Emerson |
| *Cavalry Portfolio Services, LLC v. Christenson* | Santa Clara County | 1-09-CV-144726 (November 10, 2009) | Pierce |
| *Midland Funding, LLC v. Gonzalez* | Santa Clara County | 1-09-CV-137787 (November 17, 2009) | Elfving |
| *Midland Funding. LLC vs Miyashiro* | San Mateo County | CLJ-482492 (November 30, 2009) | Grandsaert |
| *Midland Funding, LLC v. McClure* | Santa Clara County | 1-09-CV-135054 (January 8, 2010) | Kleinberg |
| *Persolve, LLC v. Charles* | Santa Clara County | 1-09-CV-133621 (January 14, 2010) | Murphy |
| *Discover Bank v. Hernandez* | Santa Clara County | 1-09-CV-155785 (February 16, 2010) | McKenney |
| *AFS v. Gonzales* | Santa Clara County | 1-08-CV-104393 (March 2, 2010) | Kleinberg |
| *LVNV Funding, LLC v. Taylor* | Santa Clara County | 1-08-CV-119003 (March 11, 2010) | McKenney |
| *Asset Acceptance, LLC v. Mekonnen* | Santa Clara County | 1-06-CV-073155 (March 16, 2010) | Murphy |
| *Silva v. Patenaude & Felix* | Northern District of California | C08-03019-JW-PVT (May 12, 2010) | Ware |
| *Cruz v. International Collection Corp.* | Northern District of California | C08-00991-JF (June 17, 2010) | Fogel |
| *Bretana v. International Collection Corp.* | Northern District of California | C07-05934-JF (June 17, 2010) | Fogel |
| *Silva v. Jason Head, PLC* | Northern District of California | C09-05768-LHK (November 4, 2010) | Koh |

12. Consumer Law Center, Inc., seeks compensation for 9.9 of the 10.1 hours that I spent performing legal services for Plaintiff in this case.

**COSTS**

13. In the San Francisco Bay Area it is customary for lawyers to bill their clients separately, in addition to their regular hourly rate, for expert witness fees, court reporter fees, long

distance telephone calls, on-line research charges, copying and facsimile costs, postage and delivery charges, and travel costs, including mileage, tolls and parking. Consumer Law Center, Inc., advanced the following fees and costs, and incurred the following expenses in this matter:

| | |
|---|---|
| Filing fees to Clerk of Court | $350.00 |
| Photocopying | $ 82.60 |
| Postage | $ 17.77 |
| TOTAL | $450.37 |

14. The requested attorney's fees and costs were reasonable and necessary to the litigation in this matter.

Executed at San Jose, California on August 30, 2011.

/s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff