UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LASHANNA L. PATTON,

    Plaintiff,

    v.

PROBER & RAPHAEL, A LAW CORPORATION, et al.

    Defendants.
_____/

No. C 11-1458 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Cousins' Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff is awarded $1,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act and the Rosenthal Act; $3,465.00 in attorneys' fees; and $450.37 in costs, for a total award of $4,915.37.

**IT IS SO ORDERED**.

Dated: January 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge