UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LASHANNA L. PATTON,

    Plaintiff,

    v.

PROBER & RAPHAEL, A LAW CORPORATION, et al.,

    Defendants.
_____/

No. C 11-1458 PJH

**JUDGMENT**

The court having granted plaintiff's motion for default judgment

it is Ordered and Adjudged

that plaintiff Lashanna L. Patton recover from defendant Prober & Raphael, a Law Corporation, and individual defendants Dean Russell Prober and Homan Mobasser, the sum of $1,000.00 in statutory damages; $3,465.00 in attorneys' fees; and $450.37 in costs, for a total award of $4,915.37, as set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

Dated: January 30, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge