Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
LASHANNA L. PATTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LASHANNA L. PATTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>PROBER & RAPHAEL, A LAW CORPORATION, a California corporation; DEAN RUSSELL PROBER, individually and in his official capacity; and HOMAN MOBASSER, individually and in his official capacity,<br><br>                    Defendants. | Case No. 4:11-CV-01458-PJH<br><br>**SATISFACTION OF JUDGMENT** |

COMES NOW the Plaintiff, LASHANNA L. PATTON, in the above entitled action and states that the Judgment entered in this case on January 30, 2012 (Doc. 20) has been satisfied in full.

                                                                          CONSUMER LAW CENTER, INC.

Dated:  January 21, 2013                         By:  /s/ Fred W. Schwinn
                                                                                Fred W. Schwinn, Esq.
                                                                                Attorney for Plaintiff
                                                                                LASHANNA L. PATTON

---

SATISFACTION OF JUDGMENT                                   Case No. Case No. 4:11-CV-01458-PJH